IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00293-RJC-DCK

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EDUARDO IVAN MARTINEZ (2) ) | |
| ANGEL NUNEZ MARTINEZ (3) ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 51), the Indictment, (Doc. No. 27: Indictment; Doc. No. 41: Superseding Indictment), as to Eduardo Ivan Martinez and Angel Nunez Martinez without prejudice because they have been indicted for the same offenses in Case No. 3:16-cr-97 pending before another judge.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 51), is **GRANTED** and the Indictment, (Doc. No. 27: Indictment; Doc. No. 41: Superseding Indictment), is **DISMISSED** without prejudice, as to Eduardo Ivan Martinez and Angel Nunez Martinez.

Signed: March 6, 2017

Robert J. Conrad, Jr.
United States District Judge